UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEENAH MOON,

Plaintiff,

-against-

GREENSWARD GROUP, LLC,

Defendant.

26-CV-4059 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Pursuant to the Court's May 19, 2026 Order, Dkt. 7, the parties were required to file a joint letter, the contents of which are described therein, the Wednesday before the initial conference. To date, the parties have not filed that letter. The parties are ORDERED to file that letter and accompanying contents by **Monday, August 17, 2026 at 3:00 PM**.

SO ORDERED.

Dated: August 13, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge