SANDERS LAW GROUP

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

DENIED AS MOOT. *See* Dkt. 12.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 14.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: August 18, 2026

August 18, 2026

***Via ECF***
Hon. Arun Subramanian
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

Re: *Jeenah Moon v. Greensward Group, LLC*
Docket No: 1:26-cv-04059-AS

Dear Judge Subramanian:

We are the attorneys for plaintiff Jeenah Moon ("*Plaintiff*") in this matter. Plaintiff respectfully writes to apologize for the tardiness in responding to the Court's August 13, 2026 Order directing the parties to file the required joint letter by August 17, 2026. Undersigned counsel was out of the office due to a personal family matter and regrets the delay.

As reflected in Defendant Greensward Group LLC ("*Defendant*") counsel's letter filed yesterday, August 17, 2026, the parties have been actively engaged in settlement discussions and are currently working toward a resolution of this matter. The parties are optimistic that a settlement agreement will be finalized and executed shortly.

In light of the parties' ongoing efforts to resolve this action without further Court involvement, Plaintiff respectfully requests that the Court stay this action for forty-five (45) days to allow the parties sufficient time to finalize their settlement and, if resolution is achieved, file the appropriate dismissal papers.

Plaintiff appreciates the Court's consideration of this request and apologizes again for the delay.

Respectfully submitted,

/s *Dina Nouhian*
Dina Nouhian